**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SELVIN HERNANDEZ ARCE,**<br><br>***Petitioner*****,**<br>**v.**<br><br>**MARY DE ANDA-YBARRA,** *Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement*;<br>**MARKWAYNE MULLIN,** *Secretary, U.S. Department of Homeland Security*;<br>**U.S. DEPARTMENT OF HOMELAND SECURITY;**<br>**TODD BLANCHE,** *U.S. Attorney General*;<br>**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and**<br>**WARDEN OF ERO EL PASO CAMP EAST MONTANA,**<br><br>***Respondents*****.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01595-DCG** |

**ORDER**

Respondents claim that Petitioner Selvin Hernandez Arce voluntarily departed the United States on July 20, 2026.[1] If that's correct, then this case may well be moot.[2]

The Court therefore **ORDERS** Petitioner's attorneys to **INFORM** the Court by **December 3, 2026** whether they agree that this case is moot—and, if not, why.

[1] Suppl. Resp., ECF No. 8, at 1; *see also* Verification Departure, ECF No. 8-2.

[2] *See, e.g.*, *Sanchez-Vasquez v. ICE*, No. 2:26cv84, 2026 WL 1251196, at *1 (E.D. Va. Apr. 14, 2026) ("Because Petitioner's voluntary departure extinguishes any live controversy regarding the legality of his detention, the claim in the Petition is now moot.").

If Petitioner's attorneys agree that this case is moot—or if they fail to respond to this Order by the deadline above—the Court will dismiss the case without prejudice.[3] Otherwise, the Court will take further appropriate action accordingly.

At least for the time being, this case shall **REMAIN OPEN**.

**So ORDERED and SIGNED this 20th day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[3] *See, e.g.*, *Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").